The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, and <br><br> PUYALLUP TRIBE OF INDIANS, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> ELECTRON HYDRO, LLC, <br><br> Defendant. | Case No. 2:20-cv-01746-JCC <br><br> **[PROPOSED]** ORDER GRANTING UNOPPOSED MOTION TO AMEND CASE SCHEDULE <br><br> NOTE ON MOTION CALENDAR: **October 22, 2021** <br><br> This Document Relates To: Both cases |

Plaintiffs and Plaintiff-Intervenors Citizens for a Healthy Bay and Puget Soundkeeper Alliance moved the Court for entry of an order extending all deadlines in these consolidated Clean Water Act cases by approximately five months. No party opposed the motion and the Parties stipulated to the case schedule set forth below. The Court hereby GRANTS the motion for good cause shown. The existing case deadlines are vacated. The Parties shall comply with the following case schedule:

1. By March 31, 2022, the Parties shall join any additional parties.

[**PROPOSED**] AMENDED CASE SCHEDULE ORDER - 1
Case No. 2:20-cv-01746-JCC

KAMPMEIER & KNUTSEN PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

2. By July 30, 2022, the Parties shall complete Fact Discovery. All discovery requests (interrogatories, requests for production, notices of depositions, etc.) shall be propounded at least 60 days before the end of fact discovery, in accordance with the applicable federal rules, to increase the likelihood that such discovery can be completed before the cut-off date of July 30, 2022.

3. On or before August 15, 2022, the Parties shall submit names and expected areas of testimony for each expert witness.

4. On or before September 29, 2022, Plaintiffs shall submit expert reports under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

5. On or before November 15, 2022, Defendant shall submit expert reports under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

6. On or before December 15, 2022, Plaintiffs and Defendant shall submit rebuttal expert reports.

7. The Parties shall conduct expert witness depositions beginning on or before January 1, 2023. Depositions of expert witnesses shall be complete by March 3, 2023.

8. The deadline for filing dispositive motions is March 31, 2023. Unless the court orders otherwise, briefs in opposition to a dispositive motion shall be due forty-five days after service of the motion, and reply briefs in support of a dispositive motion shall be due thirty days after service of any opposition brief.

9. The Parties shall file a joint proposed pretrial order on or before July 27, 2023.

10. Proposed findings of fact and conclusions of law shall be filed by each party by August 1, 2023.

11. Trial briefs shall be filed by each party by August 3, 2023.

[**PROPOSED**] AMENDED CASE SCHEDULE ORDER - 2
Case No. 2:20-cv-01746-JCC

KAMPMEIER & KNUTSEN PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

12. Bench trial in this matter shall commence on August 7, 2023 at 9:30 a.m. in Courtroom 16206 before U.S. District Judge John C. Coughenour.

IT IS SO ORDERED.

DATED this 22nd day of October 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[**PROPOSED**] AMENDED CASE SCHEDULE ORDER - 3
Case No. 2:20-cv-01746-JCC

KAMPMEIER & KNUTSEN PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983