The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | Case No. 2:20-cv-01746-JCC |
| Plaintiffs, and | |
| PUYALLUP TRIBE OF INDIANS, *et al.*, | [**PROPOSED**] ORDER GRANTING UNOPPOSED MOTION TO CHANGE PARTY NAME |
| Plaintiff-Intervenors, | |
| v. | NOTE ON MOTION CALENDAR: December 3, 2021 |
| ELECTRON HYDRO, LLC, | |
| Defendant. | This Document Relates To: Both Cases |

Plaintiff and Plaintiff-Intervenor Citizens for a Healthy Bay moved the Court for entry of an order changing Citizens for a Healthy Bay's party name to "Communities for a Healthy Bay" in these consolidated cases. No party opposed the motion. The Court hereby GRANTS the motion for good cause shown and will change the organization's name in the caption and case files for all purposes going forward.

IT IS SO ORDERED this 3rd day of December 2021.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[**PROPOSED**] ORDER GRANTING UNOPPOSED
MOTION TO CHANGE PARTY NAME - 1
Case No. 2:20-cv-01746-JCC

KAMPMEIER & KNUTSEN PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

1  Presented by:

2  KAMPMEIER & KNUTSEN PLLC

3  By: s/ Emma Bruden
4      Emma Bruden, WSBA No. 56280
   Paul A. Kampmeier, WSBA No. 31560
5  811 First Avenue, Suite 468
   Seattle, Washington 98104
6  Tel: (206) 858-6983
7  paul@kampmeierknutsen.com

8  Emma Bruden, WSBA No. 56280
   1300 SE Stark Street, Suite 202
9  Portland, Oregon 97214
   Tel.: (503) 719-5641
10 Email: emma@kampmeierknutsen.com

11 *Attorneys for Plaintiff & Plaintiff-Intervenor*
12 *Citizens for a Healthy Bay*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[**PROPOSED**] ORDER GRANTING UNOPPOSED
MOTION TO CHANGE PARTY NAME - 2
Case No. 2:20-cv-01746-JCC

KAMPMEIER & KNUTSEN PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983