THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>ELECTRON HYDRO, LLC,<br><br>        Defendant. | CASE NO. C20-1746-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court understands that depositions in this matter are noted for February 2nd and 4th, 2022. This precedes the noting date for Defendant's motion to stay pending resolution of criminal proceedings (Dkt. No. 46). Defendant, accordingly, seeks an expedited ruling on its motion. In order to facilitate such a ruling, the parties are hereby ORDERED as follows:

- Plaintiffs' brief in response to Defendant's motion is due by Monday, January 31, 2022.

- The parties shall appear for a telephonic conference in this matter at 10 a.m. on Tuesday, February 1, 2022. They should first establish a conference call amongst themselves and then call chambers at (206) 370-8800.

//

DATED this 28th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
