THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | CASE NO. C20-1746-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ELECTRON HYDRO, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Following issuance of a minute order (Dkt. No. 49) setting a telephonic conference for an expedited ruling on Defendant's motion to stay (Dkt. No. 46), the parties informed the Court they prefer to brief Defendant's motion based on the schedule provided in the Local Rules. They further indicated they would stipulate to the quashing of Plaintiffs' notices of depositions in this case until such time as the Court rules on Defendant's motion to stay. Accordingly, the Court's previous minute order (Dkt. No. 49) is STRICKEN and the February 1, 2022 telephonic conference VACATED.

The briefing schedule on Defendant's motion to stay (Dkt. No. 46) remains governed by LCR 7(d). The Government need not file a response brief by January 31, 2022. Any depositions currently noticed shall be HELD IN ABEYANCE until the Court rules on Defendant's motion to

stay.

DATED this 28th day of January 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk

MINUTE ORDER
C20-1746-JCC
PAGE - 2