THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>PUYALLUP TRIBE OF INDIANS, *et al.*,<br><br>Intervenor-Plaintiffs<br><br>vs.<br><br>ELECTRON HYDRO, LLC,<br><br>Defendant. | Case No. 2:20-cv-01746-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING PUYALLUP TRIBE'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN INTERVENTION<br><br>NOTE ON MOTION CALENDAR:<br>March 31, 2022 |

This Court, having duly considered the Motion by the Puyallup Tribe of Indians for Leave to File an Amended Complaint in Intervention, finds that good cause exists for such motion, and hereby GRANTS leave to the Puyallup Tribe of Indians to file its Amended Complaint.

//

//

*[~~PROPOSED~~] ORDER GRANTING TRIBE'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN INTERVENTION – (2:20-cv-01746-JCC) – PAGE 1*

LAW OFFICE
**PUYALLUP TRIBE**
3009 PORTLAND AVENUE
TACOMA, WA 98404
(253) 573-7877

1    It is so ORDERED this 1st day of April 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

*[PROPOSED] ORDER GRANTING TRIBE'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN INTERVENTION – (2:20-cv-01746-JCC) – PAGE 2*

LAW OFFICE
**PUYALLUP TRIBE**
3009 PORTLAND AVENUE
TACOMA, WA  98404
(253) 573-7877

CERTIFICATE OF SERVICE

I hereby certify that on this 31st Day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties required to be served in this proceeding whose names appear on the official service list as registered in the Court CM/ECF system.

DATED this 31st day of March, 2022 at Tacoma, Washington.

By: s/Alec S. Wrolson
Alec S. Wrolson, WSBA # 54076
Law Office, Puyallup Tribe of Indians
3009 East Portland Avenue
Tacoma, WA 98404
Tel 253-382-6122
Fax 253-680-5998
Email alec.wrolson@puyalluptribe-nsn.gov

[PROPOSED] ORDER GRANTING TRIBE'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IN INTERVENTION  – (2:20-cv-01746-JCC) – PAGE 3

LAW OFFICE
PUYALLUP TRIBE
3009 PORTLAND AVENUE
TACOMA, WA  98404
(253) 573-7877