The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>          Plaintiff,<br><br>    and<br><br>PUYALLUP TRIBE OF INDIANS,<br><br>    and<br><br>CITIZENS FOR A HEALTHY BAY, and<br>PUGET SOUNDKEEPER ALLIANCE,<br><br>          Intervenor-Plaintiffs<br><br>    vs.<br><br>ELECTRON HYDRO, LLC, and THOM A.<br>FISCHER<br><br>          Defendants. | Case No:  2:20-cv-01746-JCC<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO AMEND CASE SCHEDULE<br>AND TRIAL DATE |

       Defendants Electron Hydro, LLC and Thom A. Fischer have moved the Court for an order to amend the case schedule order and the trial date in this action.  Plaintiff United States of America, Plaintiff-Intervenor Puyallup Tribe of Indians, and Plaintiff-Intervenors Citizens for a Healthy Bay and Puget Soundkeeper Alliance do not oppose the motion.  The Court hereby GRANTS the motion for good cause shown. The Parties shall comply with the following case

ORDER

C20-1746-JCC

schedule:

1. By July 30, 2022, the Parties shall complete Fact Discovery, except that the Fact Discovery deadline is extended for Plaintiff and Plaintiff-Intervenor to complete the following additional Fact Discovery: (a) conduct the deposition of Thom A. Fischer, currently scheduled for August 3, 2022; (b) complete the 30(b)(6) deposition of Electron Hydro, LLC, currently scheduled for August 4, 2022; and (c) additional Fact Discovery regarding matters within the scope of those two depositions, which shall be completed by September 6, 2022.

2. On or before September 16, 2022, the Parties shall submit names and expected areas of testimony for each expert witness.

3. On or before November 1, 2022, Plaintiffs shall submit expert reports under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. On or before December 16, 2022, Defendant shall submit expert reports under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

5. On or before February 3, 2023, Plaintiffs and Defendant shall submit rebuttal expert reports.

6. The Parties shall conduct expert witness depositions beginning on or before February 17, 2023. Depositions of expert witnesses shall be complete by April 14, 2023.

7. On or before May 12, 2023, the Parties shall file any dispositive motions; motions and briefs in opposition shall be filed on or before June 23, 2023; replies thereto shall be filed on or before July 21, 2023.

8. The Parties shall file a joint proposed pretrial order on or before September 1, 2023.

ORDER

C20-1746-JCC

9.  Proposed findings of fact and conclusions of law shall be filed by each party by September 5, 2023.

10. Trial briefs shall be filed by each party by September 7, 2023.

11. Bench trial in this matter shall commence on September 11, 2023 at 9:30 a.m. in Courtroom 16206 before U.S. District Judge John C. Coughenour.

It is so ORDERED this 21st day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1746-JCC