The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>and<br><br>PUYALLUP TRIBE OF INDIANS,<br><br>and<br><br>COMMUNITIES FOR A HEALTHY BAY, and PUGET SOUNDKEEPER ALLIANCE,<br><br>            Intervenor-Plaintiffs<br><br>vs.<br><br>ELECTRON HYDRO, LLC and THOM A. FISCHER,<br><br>            Defendants. | Case No. 2:20-cv-01746-JCC<br><br><br><br>~~[PROPOSED ORDER]~~<br>**ORDER GRANTING JOINT UNOPPOSED MOTION TO AMEND CASE SCHEDULE**<br><br><br>**Noting Date: November 21, 2022** |

Plaintiff the United States of America (the "United States") and Defendants Electron Hydro, LLC and Thom A. Fischer (the "Defendants") have moved the Court for an order to amend the case schedule order in this action. Plaintiff-Intervenors Puyallup Tribe of Indians and Communities for a Healthy Bay and Puget Soundkeeper Alliance do not oppose the motion. The Court hereby **GRANTS** the motion for good cause shown. The Parties shall comply with the

following case schedule:

1. On or before December ~~2~~ 16, 2022, Plaintiffs shall submit expert reports under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

2. On or before January ~~16~~ 30, 2023, Defendants shall submit expert reports under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3. On or before ~~February 24~~ March 10, 2023, the Parties shall submit rebuttal expert reports.

4. The Parties shall conduct expert witness depositions beginning on or before March 10, 2023. Depositions of expert witnesses shall be complete by May 8, 2023.

5. On or before June 5, 2023, the Parties shall file any dispositive motions; motions and briefs in opposition shall be filed on or before July 10, 2023; replies thereto shall be filed on or before August 7, 2023.

6. The Parties shall file a joint proposed pretrial order on or before October 2, 2023.

7. Proposed findings of fact and conclusions of law shall be filed by each party by October 4, 2023.

8. Trail briefs shall be filed by each party by October 5, 2023.

9. Bench trial in this matter shall commence on October 10, 2023 at 9:30 a.m. in Courtroom 16206 before U.S. District Judge John C. Coughenour.

So **ORDERED** this 22nd day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE