The Honorable John C. Coughenour

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    UNITED STATES OF AMERICA,

10                                    Plaintiff,

11

12    PUYALLUP TRIBE OF INDIANS,

13    *et al.*,

14                              Plaintiff-Intervenors,

15                         v.

16    ELECTRON HYDRO, LLC, and
      THOM A. FISCHER,
17

18                                    Defendants.

Case No. 2:20-CV-1746-JCC

[~~PROPOSED~~]
**ORDER GRANTING JOINT
MOTION FOR STAY**

NOTE ON MOTION CALENDAR:
SEPTEMBER 15, 2023
_____

19
20          This Court, having duly considered the Joint Motion for Stay by Plaintiff the United

21    States of America and Defendants Electron Hydro, LLC, and Thom A. Fischer, hereby GRANTS

22    the motion for good cause shown.  These proceedings are stayed for a period of 60 days and all

23    forthcoming deadlines in the Court's Scheduling Order (Dkt. No. 119) are extended for a period

24    of 60 days. **The trial date of October 10, 2023 is hereby VACATED.**

25
26
27
28

U.S. Department of Justice
P.O. Box 7611, Washington, DC 20044-7611
(202) 305-0302

The moving parties shall submit a joint status report as to the status of settlement negotiations and, as necessary, a joint motion for a further extension of time not later than November 20, 2023.

**IT IS SO ORDERED.**

DATED this 18th day of September 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR
STAY - 2
Case No. 2:20-cv-01746-JCC

U.S. Department of Justice
P.O. Box 7611, Washington, DC 20044-7611
(202) 305-0302

Presented by:

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s *John Broderick*
John Broderick
Trial Attorney (MA Bar # 688739)
Helen Li
Trial Attorney (CT Bar # 439117)
Environmental Enforcement Section
Sarah Buckley
Trial Attorney (VA Bar # 87350)
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice P.O. Box 7611,
Ben Franklin Station
Washington D.C. 20044-7611
(202) 305-0302
john.broderick@usdoj.gov
*Attorneys for Plaintiff the United States*

/s *Svend Brandt-Erichsen*
Svend Brandt-Erichsen, WSBA No. 23923
Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
sbrandterichsen@nossaman.com
(206) 395-7632
*Attorney for Defendants*

[PROPOSED] ORDER GRANTING MOTION FOR
STAY - 3
Case No. 2:20-cv-01746-JCC

U.S. Department of Justice
P.O. Box 7611, Washington, DC 20044-7611
(202) 305-0302