The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>PUYALLUP TRIBE OF INDIANS, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>ELECTRON HYDRO, LLC and THOM A. FISCHER,<br><br>Defendants. | Case No. 2:20-CV-1746-JCC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR FURTHER EXTENSION OF STAY**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 20, 2023** |

This Court, having duly considered the Joint Motion for Further Extension of Stay by Plaintiff the United States of America and Defendants Electron Hydro, LLC, and Thom A. Fischer, hereby GRANTS the motion for good cause shown. These proceedings are stayed until the United States files either a motion to enter the Consent Decree or notification of withdrawal of the Consent Decree after the United States has an opportunity to evaluate any public comments received on the proposed Consent Decree during the comment period.

//



U.S. Department of Justice
P.O. Box 7611, Washington, DC 2044-7611
(202) 305-0302

So ORDERED this 20th day of November 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s

John Broderick
Trial Attorney (MA Bar # 688739)
Helen Li
Trial Attorney (CT Bar # 439117)
Environmental Enforcement Section
Sarah Buckley
Trial Attorney (VA Bar # 87350)
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice P.O. Box 7611,
Ben Franklin Station
Washington D.C. 20044-7611
(202) 305-0302
john.broderick@usdoj.gov
*Attorneys for Plaintiff the United States*

/s

Svend Brandt-Erichsen, WSBA No. 23923
Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
sbrandterichsen@nossaman.com
(206) 395-7632
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 23, I filed the foregoing NOTICE OF LODGING via the CM/ECF system, which will automatically send notice of such filing to all counsel of record herein.

DATED this 20th day of November 2023.

s/



U.S. Department of Justice
P.O. Box 7611, Washington, DC 2044-7611
(202) 305-0302