THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C20-1746-JCC |
| Plaintiff, | MINUTE ORDER |
| PUYALLUP TRIBE OF INDIANS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| ELECTRON HYDRO, LLC, *et al.*, | |
| Defendants, | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On November 20, 2023, the parties provided the Court with a proposed consent decree and a joint status report, asking to stay this matter pending the evaluation of comments on the proposed decree and a determination of whether to move for its entry. (*See* Dkt. No. 155.) On this basis, the Court stayed this matter. (*See* Dkt. No. 156.) In light of developments in a related case, *Puyallup Tribe of Indians v. Electron Hydro, LLC*, Case No. C20-1864-JCC (W.D. Wash. 2020), the Court seeks an updated joint status report in the instant matter. Accordingly, the parties are hereby DIRECTED to

provide the Court with such a report no later than March 8, 2024.

DATED this 26th day of February 2024.

<pre>
                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Kathleen Albert
                                        Deputy Clerk
</pre>