THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>PUYALLUP TRIBE OF INDIANS, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>ELECTRON HYDRO, LLC, *et al.*,<br><br>Defendants, | CASE NO. C20-1746-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Government's proposed consent decree, (Dkt. No. 161-10), includes provisions dealing with the removal of a temporary rock dam/spillway located adjacent to Electron Hydro's headworks on the Puyallup River. (*See id.* at 10.) Given that (a) this structure is currently the subject of injunctive relief awarded by the Court in a separate matter, *see Puyallup Tribe of Indians v. Electron Hydro LLC, et al.*, Case No. C20-1864-JCC, Dkt. No. 78 (W.D. Wash. 2024); (b) the structure is also the subject of a contempt motion in that matter, *see id.* at Dkt. No. 89; and (c) disposition of the contempt motion has been

MINUTE ORDER
C20-1746-JCC
PAGE - 1

set over pending the parties' negotiation on a proposed alternative plan to modify and/or remove that structure, *id.* at Dkt. No. 103, the Clerk is DIRECTED to RENOTE the Government's motion to enter the proposed consent decree in this matter (Dkt. No. 161) to the date of the continued hearing in the related case: April 26, 2024. The due date for any briefing pending on the Government's motion to enter the proposed consent decree (Dkt. No. 161) *is unchanged*.

DATED this 19th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk