THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C20-1746-JCC |
| Plaintiff, | **AMENDED** MINUTE ORDER |
| PUYALLUP TRIBE OF INDIANS, *et al.*, | |
| Plaintiff-Intervenors, | |
| v. | |
| ELECTRON HYDRO, LLC, *et al.*, | |
| Defendants, | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulations to dismiss without prejudice claims brought by Plaintiff-Intervenor the Puyallup Tribe of Indians (Dkt. No. 177) and those of Plaintiff-Intervenors Communities for a Healthy Bay and Puget Soundkeeper Alliance (Dkt. No. 178).[1]

According to Rule 41, a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P.

---

[1] The Puyallup Tribe of Indians reserves the right to later seek fees under a post-judgment process. (*See* Dkt. No. 177 at 2.) The remaining Plaintiff-Intervenors do not. (*See* Dkt. No. 178 at 1–2.)

41(a)(1)(A)(ii). Here the parties have stipulated to dismissing without prejudice all of Plaintiff-Intervenors Communities for a Healthy Bay and Puget Soundkeeper Alliance's claims, and the stipulation is signed by all who have appeared. (*See* Dkt. No. 178 at 2–3.) And the parties have stipulated to dismissing without prejudice Puyallup Tribe's remaining **unresolved** claims not addressed by the summary judgment order, ECF no. 149. (*See* Dkt. No. 177 at 2–4.) Thus, the stipulations are self executing.

All claims brought by Plaintiff-Intervenors Communities for a Healthy Bay and Puget Soundkeeper Alliance are DISMISSED without prejudice. The Clerk is DIRECTED to terminate Plaintiff-Intervenors Communities for a Healthy Bay and Puget Soundkeeper Alliance as parties in this matter.

All remaining **unresolved** claims brought by Plaintiff-Intervenor Puyallup Tribe are DISMISSED without prejudice.

DATED this 9th day of August 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk